<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GLEN D. SMALE and              )
CARLA J. SMALE,                )  Civil Action
                               )  No.  2002-cv-2721(JKG)
        Plaintiffs             )
                               )
        vs.                    )
                               )
LUCENT TECHNOLOGIES, INC.,     )
                               )
        Defendant              )
```

<u>O R D E R</u>

NOW, this 15th day of January, 2003, upon consideration of Defendant Lucent Technologies, Inc.'s Motion to Compel Plaintiffs' Discovery Responses filed December 30, 2002,

<u>IT IS ORDERED</u> that defendant's motion is denied without prejudice.

<u>IT IS FURTHER ORDERED</u> that the parties may bring this discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by our Standing Order of January 2, 2003.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge