IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                                   :
GLEN D. SMALE, et al               :    CIVIL ACTION
            Plaintiffs,            :
                                   :
       v.                          :    No. 02-2721
                                   :
LUCENT TECHNOLOGIES, INC.          :
            Defendant.             :
_____:
```

## ORDER

AND NOW, this     day of January, 2003, after a telephone conference with counsel this date, it is hereby ORDERED as follows:

1.  Plaintiff shall produce their self-executing disclosure statement pursuant to Fed. R. Civ. P. 26(a) and Section 4:01(a)(1(D) of the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Eastern District of Pennsylvania, on or before Monday, February 3, 2003;

2.  Plaintiff shall provide full and complete answers to Defendant's Interrogatories and Request for Production of Documents on or before February 3, 2003; and

3.  if Plaintiffs fail to comply with this Order they risk dismissal of this case for failure to prosecute.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge