```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GLEN D. SMALE,                      )
CARLA J. SMALE,                     )  Civil Action
                                    )
            Plaintiffs              )  No. 02-CV-2721
                                    )
      vs.                           )
                                    )
LUCENT TECHNOLOGIES, INC.,          )
                                    )
            Defendant               )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

      NOW, this 23rd of January, 2003,

      IT IS ORDERED that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

                                                                       BY THE COURT:


                                                                     James Knoll Gardner
                                                                     United States District Judge