```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

_____
                                      :
GLEN D. SMALE, et al                  :   CIVIL ACTION
            Plaintiffs,               :
                                      :
        v.                            :   No. 02-2721
                                      :
LUCENT TECHNOLOGIES, INC.             :
            Defendant.                :
_____:

**<u>ORDER</u>**

AND NOW, this       day of February, 2003, after a telephone conference with counsel this date, it is hereby ORDERED as follows:

1. Plaintiffs shall fully comply with the requirements of F.R.C.P. 26(a) at Section 4:01(a)(1)(B) of the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Eastern District of Pennsylvania and this Honorable Court's Order dated January 23, 2003, by Wednesday, March 12, 2003;

2. Plaintiffs shall provide full and complete answers to Defendant's Request for Production of Documents as required by F.R.C.P. 24(b) and this Honorable Court's January 23, 2003, Order by Wednesday, March 12, 2003;

3. Plaintiffs shall provide all documents identified as having been reviewed by Jonathan Szenics, M.D. in his April 10,

2002, report by Wednesday, March 12, 2003;

    4.  Plaintiffs' failure to comply with this Order may result in dismissal of their case for failure to prosecute.

                            BY THE COURT:


                            _____
                            ARNOLD C. RAPOPORT
                            United States Magistrate Judge