```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GLEN D. SMALE and          )
CARLA J. SMALE,            ) Civil Action
                           ) No. 02-CV-02721
         Plaintiffs        )
                           )
     vs.                   )
                           )
LUCENT TECHNOLOGIES, INC., )
                           )
         Defendant         )

                    *   *   *

APPEARANCES:
        ANDREW B. ZELONIS, ESQUIRE
            On behalf of Plaintiffs

        THOMAS P. BRACAGLIA, ESQUIRE
            On behalf of Defendant

                    *   *   *

             RULE 16 STATUS CONFERENCE ORDER

     NOW, this 19th day of March, 2003, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

     IT IS ORDERED that counsel for plaintiffs shall report to defense counsel and the undersigned on or before March 28, 2003 the status of obtaining new counsel to represent plaintiffs in the within matter.

     IT IS FURTHER ORDERED that an additional status conference by telephone conference call with the undersigned shall be scheduled on or after April 1, 2003.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge