```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLEN D. SMALE and              )
CARLA J. SMALE,                )   Civil Action
                               )   No. 02-CV-02721
           Plaintiffs          )
                               )
      vs.                      )
                               )
LUCENT TECHNOLOGIES, INC.,     )
                               )
           Defendant           )
```

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 8th day of June, 2003,

<u>          IT IS ORDERED</u> that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference on or after July 7, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge