IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLEN D. SMALE, et al : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | No. 02-2721 |
| : | |
| LUCENT TECHNOLOGIES, INC. : | |
| Defendant. : | |

### ORDER

AND NOW, this    day of September, 2003, after a telephone conference with counsel on September 16, 2003, it is hereby ORDERED that Plaintiff, Glenn Smale, appear for the following examinations:

1. Stephen Gollomp, M.D., 100 Lancaster Avenue, Suite 161 East Building, Wynnewood, PA. on September 17, 2003, at 3:30 p.m.;

2. Jasen Walker, Ed.D., Commons at Valley Forge, Unit 9, 1220 Valley Forge Road, Valley Forge, PA., on September 24, 2003, at 9:30 a.m.;

3. Stephen Mechanik, N.D., 811 Old Lancaster Road, Suite 1-A, Bryn Mawr, PA, on September 19, 2003 at 1:00 p.m.

or suffer such sanctions as may be appropriate upon application to the Court.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge