IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLEN D. SMALE and<br>CARLA J. SMALE,<br>    Plaintiffs<br><br>    vs.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>    Defendant | Civil Action<br>No. 02-CV-02721 |

O R D E R

NOW, this 24th day of December, 2003, upon consideration of Plaintiff's Motion to Amend Complaint, which motion was filed May 1, 2003; it appearing that by Order of the undersigned entered this date this matter was dismissed pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

IT IS ORDERED that Plaintiff's Motion to Amend Complaint is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge