<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GLEN D. SMALE and              )
CARLA J. SMALE,                )   Civil Action
                               )   No. 02-CV-02721
            Plaintiffs         )
                               )
       vs.                     )
                               )
LUCENT TECHNOLOGIES, INC.,     )
                               )
            Defendant          )
```
O R D E R

NOW, this 24th day of December, 2003, it appearing by letter from counsel for plaintiff dated December 9, 2003 that the issues between plaintiffs and defendant have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that this action is dismissed with prejudice, without costs.

<u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge